JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JORDAN WEBB, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WILHELM LLC, A Limited Liability Company; and DOES 1-25, Inclusive,<br><br>        Defendants. | CASE NO.: 5:21-CV-01263-RGK-SHKx<br><br>*[Assigned to: Hon. R. Gary Klausner, Ctrm. 850, 255 E. Temple St., L.A.]*<br><br>[PROPOSED] ORDER OF DISMISSAL  [29]<br><br>State Complaint Filed: 5/28/21<br>Date of Removal: 7/28/21<br>Trial Date: 8/23/22 |

The Court having reviewed the Stipulation of the parties stating that the Case has been settled, and settlement agreement fully executed, and good cause appearing, this action is dismissed with prejudice.

IT IS ORDERED

Date:   **7/27/2022**   _____

_____
The Honorable R. Gary Klausner
United States District Judge